UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON,

    Plaintiff,

v.

SCOTT FEWINS, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-991

## ORDER VACATING PREVIOUS ORDER

On June 7, 2010, this Court referred the parties Proposed Stipulation and Order to Exceed Page Limits Regarding Defendants' Motion for Summary (Dkt. #112) to United States Magistrate Judge Joseph G. Scoville for determination. This referral was made in error. Accordingly,

**IT IS HEREBY ORDERED** that the part of this Court's non-document order dated June 7, 2010 referring the parties Proposed Stipulation and Order to Exceed Page Limits Regarding Defendants' Motion for Summary to United States Magistrate Judge Joseph G. Scoville is **VACATED**. The part of the order referring defendants' motion to strike expert testimony to United States Magistrate Judge Joseph G. Scoville for determination remains in effect.

Date: June 8, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge