UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON, Personal Representative )
of the Estate or Craig Carlson, )
              Plaintiff, )
) No. 1:08-cv-991
-v- )
) HONORABLE PAUL L. MALONEY
CHARLES JETTER, )
              Defendant. )
_____)

## VERDICT FORM

We, the jury answer the questions submitted as follows:

QUESTION NO. 1:  Do you find that Defendant Jetter used excessive force in violation of Craig Carlson's Fourth Amendment rights?

Answer: __NO__ (yes or no)

    If your answer is "yes," go on to Question No. 2.
    If your answer is "no," do not answer any further questions.

QUESTION NO. 2:  Do you find that Defendant's use of excessive force played a substantial part in causing the death of Craig Carlson?

Answer: _____ (yes or no)

    If your answer is "yes," go on to Question 3.
    If your answer is "no," do not answer any further questions.

QUESTION NO. 3:  What amount of money would compensate Craig Carlson's estate?

Answer: $_____

QUESTION NO. 4.   Do you find that Defendant Jetter acted with malice or willfulness or with callous or reckless indifference to the safety and rights of Craig Carlson?

Answer: _____ (yes or no)

    If your answer is "yes," go on to Question 5.
    If you answer is "no," do not answer any further questions.

QUESTION NO. 5:   What amount of money will punish Defendant Jetter for his conduct and serve as an example to warning to him and others not to engage in similar conduct in the future?

Answer: $_____

_____  
Jury Foreperson

_____  
Juror Member

_____  
Juror Member (Marlene Bowman)

_____  
Juror Member

_____  
Juror Member (Samantha Muran)

_____  
Juror Member

_____  
Juror Member

To The Jury

Please continue your deliberations until at least 4:30. If you wish to break for the day and resume tomorrow, please send me further communication.

Judge Malony

---

What happens if we cannot decide today? Are we allowed to go home? I am not sure we can come to a resolution today

It is not proper to talk with the Judge privately
*Judge Maloy*  Dec 95
3:02 P.M.

would like to talk to Judge.

To The Jury:

You have asked for "Jetter's Deposition."

Jetter's Deposition was not admitted.

Are you referring to Jetter's statement to Detective Harris on 11-12-07?

    YES        NO
   (Circle One)

*Judge M—*
3:04 p.m.

---

Some Jurors would like to see ---

① Officer Drawings, Lad drawings (of scene)

Jetter's deposition    (Rec'd 2:15 ak)

See Gun Spatter Evidence on both sides.