UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON, Personal
Representative of the Estate of Craig Carlson,

        Plaintiff,

                                       Case No. 1:08-cv-991

v.

                                       HONORABLE PAUL L. MALONEY

CHARLES JETTER,

        Defendant.
_____/

## JUDGMENT

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of defendant and against the plaintiff.

      **IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendant Charles Jetter and against plaintiff Robert Carlson, Personal Representative of the Estate of Craig Carlson, pursuant to the Verdict Form completed by the jury.

Date:  November 1, 2013                     /s/ Paul L. Maloney           
                                            Paul L. Maloney
                                          Chief United States District