UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CARLSON, personal representative of the Estate of Craig Carlson,<br>　　　Plaintiff,<br><br>-v-<br><br>SCOTT FEWINS, et al.,<br>　　　Defendants. | No. 1:08-cv-991<br><br>HONORABLE PAUL L. MALONEY |

### ORDER STAYING LITIGATION

The Sixth Circuit Court of Appeals recently issued a mandate, returning this lawsuit to the district court. (ECF No. 308.) The parties then filed a status report. (ECF No. 309.)

In the status report, Defendants indicate they plan on filing a petition for writ of certiorari with the United States Supreme Court.

Accordingly, the lawsuit is **STAYED** pending resolution of the matter by the United States Supreme Court. Should Defendants choose not to file a petition for certiorari, Defendants shall so inform the Court on or before the date the petition is due by filing a motion requesting the Court lift the stay. Should Defendants file a petition and should that petition be denied, within one week of the denial of the petition, Defendants shall file a motion requesting the Court lift the stay.

**IT IS SO ORDERED.**

Date:   October 21, 2015                                    /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge