UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON, Personal
Representative of the Estate of Craig Carlson
    Plaintiff,

v.

SCOTT FEWINS, et al.,

    Defendants.
_____/

Case No. 1:08-cv-991

HONORABLE PAUL L. MALONEY

## ORDER

On December 5, 2017, the Court conducted a telephone conference with counsel for all remaining parties to this lawsuit. For the reasons discussed during the conference,

**IT IS HEREBY ORDERED** that the deadline for Defendants to file an anticipated motion to establish issues remaining for trial is **January 8, 2018**. Plaintiff will file a response to the motion is **February 5, 2018**. A hearing on the motion is scheduled for **March 5, 2018 at 9:00 a.m.**

Dated:  December 7, 2017                  /s/ Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge