UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CARLSON, Personal Representative of the Estate of Craig Carlson,<br>                Plaintiff,<br><br>-v-<br><br>SCOTT FEWINS and<br>GRAND TRAVERSE COUNTY,<br>                Defendants. | No. 1:08-cv-991<br><br>Honorable Paul L. Maloney |

## ORDER DENYING MOTION TO FILE REPLY

Defendants filed a motion to strike or otherwise limit the testimony of Plaintiff's expert, Ernest Burwell. After Plaintiff filed his response, Defendants filed a motion requesting leave of the Court to file a reply. (ECF No. 381.)

Defendants largely complain that the response does not address the arguments raised in their motion. The Court has reviewed the proposed response. (ECF No. 381-1.)

Defendants' motion for leave to file a reply (ECF No. 381) is **DENIED**. Without limiting the reasons the motion might be granted, the proposed response does not identify an error of law or seek to correct a clearly inaccurate statement of fact. Most parties would like the last word on any matter. Here, Defendants' will have to rely on their initial brief.

**IT IS SO ORDERED.**

Date: July 11, 2018      /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge