UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Carlson v. Fewins, et al

**Case Number:**  1:08-cv-991
**Date:**  July 23, 2018
**Time:**  9:09 a.m. - 10:05 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:  Grant W. Parsons

    Defendants:  Christopher K. Cooke

**PROCEEDINGS**

    Nature of Hearing:  Final Pretrial Conference held; trial to commence August 7, 2018


Court Reporter: Kathleen Thomas			Case Manager: Amy Redmond