# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:08-cv-00991-PLM | 8/2/2018 | 9:08-9:46 AM – 1:46-1:48 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Carlson v. Fewins et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Grant W. Parsons | Plaintiff |
| Christopher K. Cooke | Defendants |

## PROCEEDINGS

| |
|---|
| NATURE OF HEARING: |
| Settlement Conference held; the parties did not reach a settlement of the case. |

Portions Digitally Recorded
Deputy Clerk: J. Wright