UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON,

        Plaintiff,                                 Case No. 1:08–cv–00991–PLM

v.                                         Hon. Paul L. Maloney

SCOTT FEWINS, et al.,

        Defendants.
_____/

## **ORDER**

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Paul L. Maloney, shall be filed with the Court by 12:00 noon on Monday, August 6, 2018. The terms of the settlement are confidential; a signed copy of the written settlement agreement has been received by the undersigned.

      IT IS SO ORDERED.

Dated:  August 3, 2018                                       /s/ Phillip J. Green
                                                               PHILLIP J. GREEN