UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON, Personal Representative
Of the Estate of Craig Carlson,

      Plaintiff,

v

      File No. 1:08-CV-991
      Hon. Paul L. Maloney

GRAND TRAVERSE COUNTY,

      Defendant.

---

| Grant W. Parsons   (P38214) | Christopher K. Cooke (P35034) |
| --- | --- |
| Parsons Law Firm PLC | Neumann Law Group |
| Attorney for Plaintiff | Atty for County & Fewins |
| 520 S Union, PO Box 1710 | 300 Front Str, Ste. 460 |
| Traverse City MI  49685-1710 | Traverse City MI  49684 |
| (231) 929-3113 | (231) 221-0050 |
| info@parsonslawfirm.net | chris@neumannlawgroup.com |

---

## CERTIFICATE OF CONCURRENCE RE PLAINTIFF'S MOTION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION

    NOW COMES PLAINTIFF, by counsel, and certifies that he has made contact with Defense Counsel, Christopher Cooke on August 21, 2018, in an effort to gain his concurrence with the above captioned Motion for Approval of Wrongful Death Settlement and Distribution.  Defense counsel concurs in the relief requested.

Date:  August 22, 2018

      s/Grant W. Parsons
      Parsons Law Firm PLC
      Attorneys for Plaintiff
      520 S. Union, P.O. Box 1710
      Traverse City MI  49685-1710
      (231) 929-3113
      info@parsonslawfirm.net
      P38214